FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN PITURACHSATIT,<br><br>Defendant. | No.   2:16-CR-0071-SMJ<br><br>**PROTECTIVE ORDER FOR MINORS AND ORDER RE: COMPLIANCE WITH 18 U.S.C. 3509(D)** |

The privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case.

//

//

//

//

//

//

ORDER **-** 1

1  Accordingly, IT IS ORDERED that all persons acting in this case in a
2  capacity described in 18 U.S.C. § 3509(d)(1)(B), shall:

3  1. Keep all documents that disclose the name or any other information
4  concerning a child in a secure place to which no person who does not have
5  reason to know their contents has access; and

6  2. Disclose such documents or the information in them that concerns a child
7  only to persons who, by reason of their participation in the proceeding, have
8  reason to know such information;

9  IT IS FURTHER ORDERED that all papers to be filed in court that
10 disclose the name of or any other information concerning a child shall be filed
11 under seal without necessity of obtaining a court order, and that the person who
12 makes the filing shall submit to the clerk of the court --

13 1. the complete paper to be kept under seal; and

14 2. the paper with the portions of it that disclose the name of or other
15 information concerning a child redacted, to be placed in the public record.

16 IT IS FURTHER ORDERED that counsel for the government and counsel
17 for defendant shall provide one another with a copy of each unredacted pleading
18 filed in this case, provided that such pleading is not filed in camera.

19 IT IS FURTHER ORDERED that the parties and the witnesses shall not
20 disclose either alleged minor victim's names at pre-trial proceedings or at trial in

ORDER - 2

1  this case. The parties shall prepare their witnesses and instruct them to refer to the
2  alleged minor victims only by using pseudonyms (e.g., "Victim A", "Victim B"
3  etc.) which will be agreed to by counsel, rather than their names, in opening
4  statements and in closing arguments.

**DATED** this 6th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2016\USA v Piturachsatit-0071\Protective Order lc2 docx

ORDER - 3