UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>NATHAN PITURACHSATIT,<br><br>                              Defendant. | No. 2:16-CR-071-SMJ<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE |

At the June 17, 2016, hearing on Defendant's Motion to Modify Conditions of Release, ECF No. 45, Defendant was present with counsel Aimee Marie Sutton. Assistant U.S. Attorney Russell E. Smoot represented the United States. Both sides argued.

The Court considered Defendant's Motion, the United States' Response, argument of the parties, as well as the Pretrial Services Report at ECF No. 14.

This Court has taken into account the evidence, testimony and information produced at this hearing concerning the nature and circumstances of the offense charged, the weight of the evidence against the Defendant, his history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, record concerning appearance at court proceedings, and the nature and seriousness of the danger to the community posed by Defendant's release.

**IT IS ORDERED**:

1.   Defendant's Motion to Expedite, **ECF No. 44,** is **GRANTED.**

ORDER - 1

2. Defendant's Motion to Modify, **ECF No. 45,** is **GRANTED in part.** Condition of release Nos. 21 and 22 shall **not** be modified**.**

3. Condition of release Nos. 14 and 28 are modified as follows:

**(14)** **Except for travel to Spokane for court-related matters and appearances, AND to the Western District of Washington ONLY for counselling/treatment and to attend conferences with his attorney,** Defendant shall remain in Coulee Dam, Washington, while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area. **Defendant must give the U.S. Probation Office 72 hours' notice prior to travel to the Western District of Washington.**

**(28)** **Curfew**: Defendant shall be restricted to his/her residence every day from **7:00 p.m. to 9:00 a.m. With the exception** that Defendant may remain at his parents' home until 11:00 p.m. on days that his spouse is employed in Spokane *PROVIDED* that his supervising Pretrial Services Officer is first notified prior to that occurring.

All other conditions of pretrial release not inconsistent herewith to remain in full force and effect.

DATED June 17, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2