UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>NATHAN PITURACHSATIT,<br><br>               Defendant. | No. 2:16-CR-071-SMJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE |

Before the Court is Defendant's Agreed Motion to Modify Conditions of Release, ECF No. 49, and Motion to Expedite, ECF No. 50.

Defendant seeks to be allowed to travel to Grant, Lincoln, Douglas, Adams and Spokane Counties, and to be allowed to change his residence from his family home in Coulee Dam to his parents' residence in Grand Coulee. The United States has no objection to Defendant's requests. Defendant's supervising U.S. Probation Officer has investigated Defendant's proposed residence and finds it to be appropriate. Accordingly,

**IT IS ORDERED**:

1. Defendant's Motion to Expedite, **ECF No. 50,** is **GRANTED.**

2. Defendant's Motion to Modify, **ECF No. 49,** is **GRANTED.**

3. Condition of release Nos. 14 is modified as follows:

**(14) Defendant may travel to the Western District of Washington ONLY for counselling/treatment and to attend conferences with his attorney. In addition, Defendant may travel throughout Grant, Lincoln, Douglas, Adams and Spokane Counties.** Defendant shall reside at his parents'

ORDER - 1

residence in Grand Coulee, Washington, while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside these geographical areas. **Defendant must give the U.S. Probation Office 72 hours' notice prior to travel to the Western District of Washington.**

All other conditions of pretrial release not inconsistent herewith to remain in full force and effect.

DATED June 27, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2