UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>NATHAN PITURACHSATIT,<br><br>             Defendant. | No. 2:16-CR-071-SMJ<br><br>ORDER GRANTING DEFENDANT'S THIRD AGREED MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>MOTIONS GRANTED<br>          (**ECF Nos. 64 and 65**) |

Before the Court is Defendant's Third Agreed Motion to Modify Conditions of Release, ECF No. 65, and Motion to Expedite, ECF No. 66.

Defendant seeks an exception from his curfew on the second Tuesday of the month (month to be coordinated by Pretrial Services) to attend a class from 6:00 to 9:00 p.m. and for travel time home. The United States has no objection to Defendant's request. The Court has contacted Defendant's supervising U.S. Probation Officer, who has indicated no objection to Defendant's request. Accordingly,

**IT IS ORDERED**:

1. Defendant's Motion to Expedite, **ECF No. 64,** is **GRANTED.**

2. Defendant's Third Motion to Modify, **ECF No. 65,** is **GRANTED.**

3. Defendant's curfew may be modified from 6:00 p.m. to 9:00 p.m., on a second Tuesday of a month to be designated by Pretrial Services.

ORDER - 1

1  All other conditions of pretrial release not inconsistent herewith to remain in
2  full force and effect.
3  DATED November 7, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2