✎ PS 8
(3/15)

Case 2:16-cr-00071-SMJ    Document 84    Filed 01/11/17

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2017

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Piturachsatit, Nathan | Docket No. | 0980 2:16CR00071-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Piturachsatit, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 27th day of April 2016 under the following conditions:

**Condition #21:** Defendant may not be in the presence of minors, including his own children, unless a responsible adult, who is aware of these charges, is present at all times. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known to congregate.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On January 10, 2017, the defendant made a verbal admission to the undersigned that on January 7, 2017, he was in the presence of his children, unsupervised, without the supervision of a responsible adult, who is aware of these charges.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 11, 2017

by    s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

01/11/2017
Date