PS 8
(3/15)

Case 2:16-cr-00071-SMJ   Document 114   Filed 02/27/17

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2017

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Piturachsatit, Nathan | Docket No. | 0980 2:16CR00071-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW  Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Piturachsatit, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 27th day of April 2016 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On February 27, 2017, the defendant was arrested on a charge of malicious mischief third degree domestic violence.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 27, 2017

by   s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/27/2017

Date