PROB 12C
(6/16)

Report Date: September 29, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 30, 2026
SEAN F. MCAVOY, CLERK

ECF No. 160

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Piturachsatit | Case Number: 0980 2:16CR00071-MKD-1

Address of Offender: [redacted] Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr.
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 13, 2017

Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence: Prison - 84 months; TSR - 120 months | Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: January 27, 2023

Defense Attorney: Steve Roberts | Date Supervision Expires: January 26, 2033

---

### PETITIONING THE COURT

To issue a summons

On January 30, 2023, a U.S. probation officer reviewed Mr. Piturachsatit's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 10**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: On or about September 11, 2026, Nathan Piturachsatit allegedly violated special condition number 10, by not residing at his approved residence.<br><br>On September 17, 2026, the offender notified the undersigned that he has been staying at his girlfriend's house because he is allowing a friend and his family with three minor children to stay at his approved residence. The offender was instructed to notify his friend that they needed to vacate his house immediately and he needs to return home. He did not have permission to leave his approved housing. |
| 2 | **Special Condition # 3**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, excluding your own male children, without the permission of the probation officer. Contact with your children is permitted via |

phone call, video, and in person without seeking permission from your probation officer if the following conditions are met. For in-person visitation, you must have (1) approval of the children's mother for the visit and (2) supervision during the in-person contact by the children's mother or other adult approved by the probation office. In-person contact with your children must be reported to your probation officer after the visit, during the first three months of supervision, after which the supervised visitation requirement may be re-evaluated by the Court.

**Supporting Evidence**: On or about September 11, 2026, Nathan Piturachsatit allegedly violated special condition number 17, by having contact with minor children without the permission of the probation officer.

On September 17, 2026, the offender notified the undersigned that he has allowed his friend and his family with three minor children to reside at his house. During that conversation he admitted to having contact with the children at his house. He also disclosed that his friend was not entirely aware of his sex offense until he had to tell them to vacate his residence.

3 **Special Condition # 12**: You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

**Supporting Evidence**: On or about September 11, 2026, Nathan Piturachsatit allegedly violated special condition number 12, by residing within 500 feet of a daycare.

On September 17, 2026, the offender notified the undersigned that he had been staying at his girlfriend's house since September 11, 2026, without permission. After investigating the provided address, it was discovered that a daycare facility is located approximately 175 feet from the residence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/29/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 30, 2026

Date