PROB 12C
(6/16)

Report Date: October 21, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2026

SEAN F. MCAVOY, CLERK

ECF No. 177

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Piturachsatit    Case Number: 0980 2:16CR00071-MKD-1

Address of Offender: [redacted] Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr.
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 13, 2017

Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence: Prison - 84 months; TSR - 120 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ann Wick    Date Supervision Commenced: January 27, 2023

Defense Attorney: John Stephen Roberts    Date Supervision Expires: January 26, 2033

---

**PETITIONING THE COURT**

To incorporate the violations in this petition with the violations previously reported to the Court in the petition filed on September 28, 2026.

On January 30, 2023, a U.S. probation officer reviewed Mr. Piturachsatit's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: It is alleged that the offender has violated standard condition #4, by not being dishonest when being questioned on October 8, 2026.<br><br>On October 8, 2026, Mr. Piturachsatit was being questioned regarding the frequency with which he had been staying overnight at an unapproved residence. During questioning, he stated that he takes his conditions of supervision seriously and claimed that he had contacted the Spokane County Sheriff's Office to notify them of the change in address.<br><br>The undersigned contacted the Sex Offender Coordinator at the Spokane Sheriff's Office to verify the offender's claim that he notified them, and it was confirmed that he did not contact the Spokane Sheriff's Office with a new address. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 26, 2026

Date